No. 82–6008. SEXTON v. MAYNARD, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 82–6009. COFFER v. HESS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 82–6017. JAWORSKI v. POWERS. C. A. 7th Cir. Certiorari denied.

No. 82–6021. FRENCH v. DE ROBERTIS. C. A. 7th Cir. Certiorari denied.

No. 82–6026. ADAMS v. CARLSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–6032. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 82–6039. BROOKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6049. HOLMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6069. MCFADYEN ET AL. v. SHURE ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–6082. DUFFLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–6118. ADAIR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6123. HAYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6140. LEBEDUN v. PETROVSKY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–6143. SLOCUM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.